# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

SINGLE TOUCH INTERACTIVE, INC.,   )
                                  )   Case Number: 4:12-CV-00831-YGR
    Plaintiff/Counterclaim Defendant,  )
                                  )   **CASE MANAGEMENT ORDER**
    vs.                           )
                                  )
ZOOVE CORPORATION,                )
                                  )
    Defendant/Counterclaimant.    )

A Case Management Conference was held on July 9, 2012, and the Court hereby enters the Case Management Order as follows:

| Event | Date |
|---|---|
| Last Day for Infringement Contentions (Patent L.R. 3-1 and 3-2) | July 23, 2012 |
| Last Day for Invalidity Contentions (Patent L.R. 3-3 and 3-3-4) | September 6, 2012 |
| Last Day for the Exchange of Proposed Terms for Construction (Patent L.R. 4-1(a)) | September 20, 2012 |
| Last Day for Exchange of Preliminary Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | October 11, 2012 |
| Joint Claim Construction Statements Due (Patent L.R. 4-3) | November 5, 2012 |
| Last Day to Amend Pleadings Without Leave of the Court | November 5, 2012 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | December 5, 2012 |

| Event | Date |
|---|---|
| Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | December 20, 2012 |
| Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | January 10, 2013 |
| Reply Claim Construction Brief (Patent L.R. 4-5(c)) | January 17, 2013 |
| Technology Tutorial (Patent L.R. 4-6) | **February 13, 2013** |
| Claim Construction Hearing (Patent L.R. 4-6) | **February 20, 2013** |

The Court FURTHER ORDERS that the parties supplement the process of identifying the claims terms to be construed. For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge