UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 26, 2013        **JUDGE:** Yvonne Gonzalez Rogers

**Case No:** C- 12-0831- YGR        **Time:** FTR 4:05pm-4:47pm

**Case Name:** Single Touch Interactive v Zoove Corp.

**Attorney(s) for Plaintiff:** Keith Grady

**Attorney(s) for Defendant:** Stuart Gasner
Winston Liaw
Carlos Mino
Tim Jemison (founder and Chief Operations Officer of Zoove Corp.)

**Deputy Clerk:** Frances Stone        **Court Reporter:** FTR 4:05pm-4:47pm

### PROCEEDINGS

**CMC- HELD**
**Pre-Filing Conference re Motion for Summary Judgment- HELD**

**Amended infringement contentions to be filed 9/23/13**

**Def's Motion for Summary Judgment to be filed 10/8/13 (re invalidity and non-infringement)**
**Opposition to be filed 12/9/13**
**Reply to be filed 1/14/14**
**Sur-reply, only if needed to respond to a reply expert, to be filed 2/4/14**

**HEARING on Motion for Summary Judgment set 2/25/14 at 2:00pm**

**Order to be prepared by: Joint form of Order to be submitted by 8/28/13**