**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SINGLE TOUCH INTERACTIVE, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ZOOVE CORPORATION,**<br><br>Defendant. | Case No.: 12-cv-831 YGR<br><br>**AMENDED ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST TO EXTEND THE COURT'S DEADLINE FOR ZOOVE'S SUMMARY JUDGMENT (DKT. NO. 70)** |

The Court is in receipt of the parties' latest Stipulated Request to Extend the Court's Deadline for Zoove's Motion for Summary Judgment. (Dkt. No. 70.) The Court granted, on October 8, 2013, an extension of two weeks for all previously set deadlines. (Dkt. No. 69.) The Court the request for an additional extension is Granted In Part and Denied In Part as follows:

The deadline to submit Zoove's motion for summary judgment, opening brief, and declarations in support of its motion is **November 5, 2013.**

The deadline to submit Single Touch Interactive, Inc.'s (SITO) Opposition to Zoove's motion for summary judgment is **January 6, 2014**.

The deadline to submit Zoove's Reply in support of Zoove's motion for summary judgment is **January 28, 2014.**

The deadline to submit SITO's Sur-Reply to Zoove's motion for summary judgment, which shall be solely to reply to any new expert testimony raised in Zoove's Reply is **February 18, 2014**.

Hearing on Zoove's motion for summary judgment is set for Tuesday, **March 11, 2014, at 2:00 p.m.**

**IT IS SO ORDERED.**

Date:   October 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**