POLSINELLI PC
GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
KEITH J. GRADY (No. 46757MO) (kgrady@polsinelli.com)
(*Admitted Pro Hac Vice*)
100 S. 4th Street, Suite 1000
St. Louis, MO 63102
Tel: (314) 889-8000
Fax: (314) 622-6709

Attorneys for Plaintiff and Counter-Defendant
SINGLE TOUCH INTERACTIVE, INC.

KEKER & VAN NEST LLP
STUART L. GASNER - # 164675 (sgasner@kvn.com)
WINSTON LIAW - # 273899 (wliaw@kvn.com)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

BINGHAM MCCUTCHEN LLP
CARLOS PATRICIO MINO # 247022 (carlos.mino@bingham.com)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: 650 849 4400
Facsimile: (650) 849-4800

Attorneys for Defendant and Counter-Plaintiff
ZOOVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SINGLE TOUCH INTERACTIVE, INC., a Nevada corporation,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>ZOOVE CORPORATION, a Delaware corporation,<br><br>　　　　Defendant and Counter-plaintiff. | Case No. 4:12-CV-00831-YGR<br><br>**SINGLE TOUCH INTERACTIVE, INC.'S AND ZOOVE CORPORATION'S STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers<br><br>Date Filed: February 21, 2012<br><br>Trial Date: None Set |

SINGLE TOUCH INTERACTIVE, INC.'S AND ZOOVE CORPORATION'S STIPULATED DISMISSAL
OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
Case No. 4:12-CV-00831-YGR

789005

WHEREAS, Plaintiff and Counter-Defendant Single Touch Interactive, Inc. ("SITO") and Defendant and Counter-Claimant Zoove Corporation ("Zoove") have entered into a Patent License and Settlement Agreement dated November 12, 2013;

WHEREAS, Plaintiff and Counter-Defendant SITO seeks to dismiss with prejudice all claims as asserted by SITO against Zoove in this action;

WHEREAS, Defendant and Counter-Claimant Zoove seeks to dismiss with prejudice all counterclaims as asserted by Zoove against SITO in this action;

THEREFORE, Plaintiff and Counter-Defendant Single Touch Interactive, Inc. and Defendant and Counter-Claimant Zoove Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate and respectfully request that this action, including all claims and counterclaims, be dismissed in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 26, 2013

Respectfully submitted,

| POLSINELLI PC | KEKER & VAN NEST LLP |
|---|---|
| By: */s/ Keith Grady* | By: */s/ Stuart L. Gasner* |
| KEITH GRADY | STUART L. GASNER |
| *Attorneys for Plaintiff and Counter-Defendant Single Touch Interactive, Inc.* | *Attorneys for Defendant and Counter-Plaintiff Zoove Corporation* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____

Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1
SINGLE TOUCH INTERACTIVE, INC.'S AND ZOOVE CORPORATION'S STIPULATED DISMISSAL
OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
Case No. 4:12-CV-00831-YGR

789005

# CERTIFICATION BY STUART L. GASNER PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3) RE E-FILING ON BEHALF OF OTHER SIGNATORY

1. I am a lawyer licensed to practice law in the State of California, and am a partner in the law firm of Keker & Van Nest LLP, counsel for Defendant and Counter-Plaintiff Zoove Corporation. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains another signatory, Keith Grady, who is an ECF User but whose User ID and Password will not be utilized in the electronic filing of the document. I declare that concurrence has been obtained from the signatories to file this document with the Court. Pursuant to Civil Local Rule 5-1(i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on November 26, 2013.

>    */s/ Stuart L. Gasner*
>    Stuart L. Gasner
>    Attorney for Defendant
>    and Counter-Plaintiff
>    ZOOVE CORPORATION

2
SINGLE TOUCH INTERACTIVE, INC.'S AND ZOOVE CORPORATION'S STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
Case No. 4:12-CV-00831-YGR

789005