UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SINGLE TOUCH INTERACTIVE, INC., a Nevada corporation,<br><br>          Plaintiff and Counter-<br>          defendant,<br><br>     v.<br><br>ZOOVE CORPORATION, a Delaware corporation,<br><br>          Defendant and Counter-<br>          plaintiff. | Case No. 4:12-CV-00831-YGR<br><br>**ORDER GRANTING SINGLE TOUCH INTERACTIVE, INC.'S AND ZOOVE CORPORATION'S STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

WHEREAS, Plaintiff and Counter-Defendant Single Touch Interactive, Inc. ("SITO") and Defendant and Counter-Claimant Zoove Corporation ("Zoove") have entered into a Patent License and Settlement Agreement dated November 12, 2013;

WHEREAS, Plaintiff and Counter-Defendant SITO seeks to dismiss with prejudice all claims as asserted by SITO against Zoove in this action;

WHEREAS, Defendant and Counter-Claimant Zoove seeks to dismiss with prejudice all counterclaims as asserted by Zoove against SITO in this action;

THEREFORE, Plaintiff and Counter-Defendant Single Touch Interactive, Inc. and Defendant and Counter-Claimant Zoove Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate and respectfully request that this action, including all claims and counterclaims, be dismissed in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

789005

Dated: November 26, 2013

Respectfully submitted,

POLSINELLI PC                                      KEKER & VAN NEST LLP

By: /s/ Keith Grady                                By: /s/ Stuart L. Gasner
    KEITH GRADY                                        STUART L. GASNER
    *Attorneys for Plaintiff and*                      *Attorneys for Defendant and*
    *Counter-Defendant*                                *Counter-Plaintiff*
    *Single Touch Interactive, Inc.*                   *Zoove Corporation*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The claims and counterclaims herein are DISMISSED.

Dated:  December 3, 2013

Honorable Yvonne Gonzalez Rogers
United States District Court Judge

2

789005